<u>Exhibit A</u>

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---|---|---|---|---|
| **Organic for Toddler Plant-Tastic Pouches** | | | | | |
| 1. | Organic for Toddlers Plant-Tastic Pouch Banana Berry & Veggie Smash with Oats | 2 grams of Plant Protein<br><br>Nutritious, plant-based, and specially designed to provide 2 grams of protein | Toddler 12+ Months |  |  |
| 2. | Organic for Toddlers Plant-Tastic Pouch Sweet Potato Cherry Smash with Oats | 2 grams of Plant Protein<br><br>Nutritious, plant-based, and specially designed to provide 2 grams of protein | Toddler 12+ Months |  |  |

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---|---|---|---|---|
| 3. | Organic for Toddlers Plant-Tastic Pouch Southwestern Fiesta Fruit & Veggie Bean Smash | 2 grams of Plant Protein<br><br>Nutritious, plant-based, and specially designed to provide 2 grams of protein | Toddler 12+ Months |  |  |
| 4. | Organic for Toddlers Plant-Tastic Pouch Summer Fruit & Veggie Smash | 2 grams of Plant Protein<br><br>Nutritious, plant-based, and specially designed to provide 2 grams of protein | Toddler 12+ Months |  |  |

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---|---|---|---|---|
| **Organic for Toddlers Pouches** | | | | | |
| 5. | Organic for Toddlers Banana Raspberry & Yogurt with Vanilla | 1 ½ servings of Fruit | Toddler 12+ Months |  |  |
| 6. | Organic for Toddlers Wonderfoods Banana Strawberry Beet Oatmeal | 1 serving of superfoods<br><br>Wonderfoods awaken toddler's love for nutritious foods<br><br>Big nutrition to help make every bite count. 1 serving of nutrient-dense superfoods per pouch. | Toddler 12+ Months |  |  |

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---|---|---|---|---|
| 7. | Organic for Toddlers Wonderfoods Mango Peach Carrot Sweet Potato Oatmeal | 1 serving of superfoods<br><br>Wonderfoods awaken toddler's love for nutritious foods<br><br>Big nutrition to help make every bite count. 1 serving of nutrient-dense superfoods per pouch. | Toddler 12+ Months |  |  |
| **Organic for Baby Pouches** | | | | | |
| 8. | Organic for Baby Wonderfoods Banana Mango Puree | 2 servings of superfoods<br><br>Wonderfoods awaken baby's love for nutritious foods<br><br>Big nutrition to help make every bite count. 2 servings of nutrient-dense superfoods per pouch. | Sitter 2nd Foods |  |  |

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---|---|---|---|---|
| 9. | Organic for Baby Wonderfoods Carrot Apple Mango | 1 ¼ servings of superfoods | Sitter 2nd Foods |  |  |
| **Natural for Baby Pouches** | | | | | |
| 10. | Natural for Toddler Wonderfoods Banana Blueberry *with Vitamin C | 1 ½ servings of superfoods<br><br>With Vitamin C<br><br>Wonderfoods awaken toddler's love for nutritious foods<br><br>Big nutrition to help make every bite count. 1 ½ servings of superfoods per pouch. | Toddler 12+ Months |  |  |

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---|---|---|---|---|
| 11. | Natural for Baby Wonderfoods Banana *with Vitamin C | 2 servings of superfoods<br><br>With Vitamin C<br><br>Wonderfoods awaken baby's love for nutritious foods<br><br>Big nutrition to help make every bite count. 2 servings of superfoods per pouch. | Sitter 2nd Foods | | |
| 12. | Natural for Baby Veggie Power Sweet Potato Mango Pear & Kale *with Vitamin C | 1 full serving of Veggies<br><br>With Vitamin C | Sitter 2nd Foods | | |

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---|---|---|---|---|
| 13. | Natural for Baby Veggie Power Mixed Carrot Apple & Coriander *with Vitamin C | 1 full serving of veggies<br><br>With Vitamin C | Sitter 2nd Foods |  |  |
| 14. | Natural for Baby Veggie Power Carrot, Tomato & Basil with Balsamic Vinegar *with Vitamin C | 1 ¾ servings of veggies<br><br>With Vitamin C | Sitter 2nd Foods |  |  |

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---|---|---|---|---|
| 15. | Natural for Baby Veggie Power<br>Parsnip, Apple and Ginger<br>*with Vitamin C | 1 full serving of veggies<br><br>With Vitamin C | Sitter 2nd Foods |  |  |
| 16. | Natural for Baby Veggie Power Pumpkin Banana Carrot | 1 full serving of veggies | Sitter 2nd Foods |  |  |

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---|---|---|---|---|
| 17. | Natural for Baby Veggie Power<br>Broccoli Carrot Banana Pineapple *with Vitamin C | 1 full serving of veggies<br><br>With Vitamin C | Sitter 2nd Foods |  | |
| **Natural for Toddler Pouches** | | | | | |
| 18. | Natural for Toddler Apple Pear Peach *with Vitamin C & E | 1 ½ servings of Fruit<br><br>With Vitamin C & E<br><br>Gerber Natural for Toddlers brings the goodness of naturally nutritious fruits selected and made with strict quality standards just for toddlers. | Toddler 12+ Months | | |

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---|---|---|---|---|
| 19. | Natural for Toddler Apple Sweet Potato & Cinnamon *with Vitamin C | 2 full servings of Fruit/Veggie<br><br>With Vitamin C, E<br><br>Gerber Natural for Toddlers brings the goodness of naturally nutritious fruits selected and made with strict quality standards just for toddlers. | Toddler 12+ Months |  |  |
| 20. | Natural for Toddler Sweet Potato, Mango, Pear & Kale with Vitamin C & E | 1 full serving of veggies<br><br>with Vitamin C & E | Toddler 12+ Months |  |  |

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---|---|---|---|---|
| **Meal Time for Toddler** | | | | | |
| 21. | Mealtime for Toddler Creamy Chicken Stew | 4g Protein ¼ cup of farm-grown veggies | Toddler 12+ Months |  |  |
| 22. | Mealtime for Toddler Mashed Potatoes & Gravy with Roasted Chicken | 5g Protein | Toddler 12+ Months |  |  |

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---|---|---|---|---|
| 23. | Mealtime for Toddler Macaroni & Cheese | 6g Protein | Toddler 12+ Months |  |  |
| 24. | Mealtime for Toddler Pasta Stars in Meat Sauce | 4g Protein | Toddler 12+ Months |  |  |
| 25. | Mealtime for Toddler Pasta Stars with Chicken & Vegetables | 5g Protein | Toddler 12+ Months |  |  |

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---|---|---|---|---|
| 26. | Mealtime for Toddler Spaghetti Rings in Meat Sauce | 6g Protein<br><br>¼ cup of farm-grown veggies | Toddler 12+ Months |  |  |
| 27. | Mealtime for Toddler Pickups Chicken and Carrot Ravioli | 3g Protein | Toddler 12+ Months |  |  |
| 28. | Mealtime for Toddler Yellow Rice & Chicken | 5g Protein<br><br>¼ cup of farm-grown veggies | Toddler 12+ Months |  |  |

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---|---|---|---|---|
| 29. | Mealtime for Toddler Turkey & Vegetable Ravioli | 3g Protein | Toddler 12+ Months |  |  |
| 30. | Mealtime for Toddler Spiral Pasta in Turkey Meat Sauce | 5g Protein ¼ cup of farm-grown veggies | Toddler 12+ Months |  |  |
| 31. | Mealtime for Toddler Pasta Shells & Cheese | 6g Protein | Toddler 12+ Months |  |  |

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---|---|---|---|---|
| 32. | Mealtime Harvest Bowl Spanish-Style Sofrito | 1 full serving of veggies | Toddler 12+ Months | | |
| 33. | Mealtime Harvest Bowl Pesto | 1 full serving of veggies | Toddler 12+ Months | | |
| **Snacks and Strong Pouches** | | | | | |
| 34. | Grow Strong Pear, Sweet Potato, Greek Yogurt, Oats, Cinnamon | Grow Strong 2g Protein<br><br>Supports toddler's healthy growth with 15%DV of calcium and 2g of protein. | Toddler 12+ Months | | |

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---|---|---|---|---|
| 35. | Snacks for Toddler Grow Strong Banana Blueberry Purple Carrot Greek Yogurt Mixed Grains | Grow Strong 2 grams of Protein Supports Toddler's healthy growth with 15%DV of calcium and 2 g of protein. | Toddler 12+ Months |  |  |
| 36. | Snacks for Toddler Fruit & Yogurt pouch Strawberry Banana | 1 serving of fruit | Toddler 12+ Months |  |  |

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---------|------------------------|-----|-------------|------------|
| **Snacks for Baby Wonderfoods** | | | | | |
| 37. | Snacks for Baby Wonderfoods Superfood Hearts Quinoa Strawberry Banana Broccoli | 10% DV of Vit C, 15% Vit E and 20% Iron to help support a healthy IMMUNE SYSTEM<br><br>Made with Super foods whole grains<br><br>20% DV Iron to help support healthy BRAIN DEVELOPMENT<br><br>Wonderfoods awaken baby's love for nutritious foods | Crawler 10+ Months |  |  |
| 38. | Snacks for Baby Wonderfoods Superfood Hearts Quinoa Orange & Carrot | 10% DV of Vit C, 15% Vit E and 20% Iron to help support a healthy IMMUNE SYSTEM<br><br>Made with Super foods whole grains<br><br>20% DV Iron to help support healthy BRAIN DEVELOPMENT<br><br>Wonderfoods awaken baby's love for nutritious foods | Crawler 10+ Months |  |  |

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---|---|---|---|---|
| **Organic for Toddler Plant-Tastic Snacks** | | | | | |
| 39. | Organic for Toddler Plant-tastic plantsYUM Hearts Lentil Banana Carrot Raspberry | Made with Real veggies & fruits<br><br>Nutritious plant-based ingredients, carefully selected to provide 4 grams of whole grains with a taste that toddlers love. | Toddler 12+ months |  |  |
| 40. | Organic for Toddler Plant-tastic Harvest Bowl Mediterranean Style Medley | 3g of Plant Protein<br><br>1 ¾ servings of Veggies<br><br>Nutritious, plant-based, and specially designed to provide 3 grams of protein. | Toddler 12+ Months |  |  |
| 41. | Organic for Toddler Plant-tastic Harvest Bowl Vegan Mac | 2g of Plant-Protein<br><br>1 serving of Veggies<br><br>Nutritious, plant-based, and specially designed to provide 2 grams of protein. | Toddler 12+ Months |  |  |

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---|---|---|---|---|
| 42. | Organic for Toddler Plant-tastic Lil' Crunchies White Bean Hummus | 2g of Plant Protein per serving<br><br>Made with real veggies | Toddler 12+ Months | | |
| **Lil' Sticks** | | | | | |
| 43. | Lil' Sticks Chicken | 9g Protein per serving | Toddler 12+ Months | | |
| 44. | Lil' Sticks Turkey | 9g Protein | 12+ Months | | |

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---|---|---|---|---|
| **Lil' Crunchies** | | | | | |
| 45. | Lil' Crunchies Veggie Dip | 2g of wholegrains per serving | Crawler 8+ Months |  |  |
| 46. | Lil' Crunchies Ranch | 2g of wholegrains per serving | Crawler 8+ Months |  |  |
| 47. | Lil' Crunchies Garden Tomato | 2g of wholegrains per serving | Crawler 8+ Months |  |  |

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---|---|---|---|---|
| 48. | Lil' Crunchies<br>Apple Sweet Potato | 2g of wholegrains per serving | Crawler 8+ Months |  |  |
| **Grain & Grow Products** | | | | | |
| 49. | Organic Grain& Grow Morning Bowl<br>Oats, Red Quinoa & Farro with Tropical Fruits | 12g WHOLE GRAINES per serving | Crawler 10+ months |  |  |
| 50. | Organic Grain& Grow Morning Bowl<br>Oats, Barley and Red Quinoa with Banana & Summer Berries | 10g WHOLE GRAINS per serving | Crawler 10+ months |  |  |

| | Product | Nutrient Content Claims | Age | Front Label | Back Label |
|---|---|---|---|---|---|
| 51. | Organic Grain & Grow Soft Baked Grain Bars Banana Mango Pineapple | 4g of WHOLE GRAINS per serving | 12+ Months |  |  |
| 52. | Organic Grain & Grow Soft Baked Grain Bars Raspberry Pomegranate | 4g of WHOLE GRAINS per serving | 12+ Months |  |  |