DocuSign Envelope ID: 5890EAC1-BB8D-450F-B5BC-169E621DE99B

I, Tracy Howard, declare:

1.      I am a Plaintiff in this action. If called upon to testify, I could and would competently testify to the matters contained herein based upon my personal knowledge.

2.      I submit this Declaration pursuant to California Code of Civil Procedure section 2215.5 and California Civil Code section 1780(d).

3.      I reside in and make my permanent home in Redwood City, California. In the last two years, I purchased Gerber products for my child when he was under the age of two, including the following Products:

- Strong, Pear, Sweet Potato, Greek Yogurt, Oats, and Cinnamon Baby Food Pouch.
- Organic for Toddlers, Plant-Tastic Pouch Southwestern Fiesta Fruit & Veggie Bean Smash
- Organic for Toddlers, Plant-Tastic Pouch Summer Fruit & Veggie Smash
- Mealtime for Toddler, Creamy Chicken Stew
- Mealtime for Toddler, Mashed Potatoes & Gravy with Roasted Chicken
- Mealtime for Toddler, Macaroni & Cheese
- Mealtime for Toddler, Pasta Stars in Meat Sauce
- Mealtime for Toddler, Pasta Stars with Chicken & Vegetables
- Lil' Crunchies, Veggie Dip
- Lil' Crunchies, Apple Sweet Potato

4.      I purchased the products from Walmart in Mountain View, CA, and Safeway in Redwood City, CA.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on    8/19/2022           , in Redwood City, California.



DBABE788130B4A2...

Tracy Howard

DECLARATION RE CAL. CIV. CODE SECTION 1780(D) JURISDICTION