1  BRYAN A. MERRYMAN (SBN 134357)
   bmerryman@whitecase.com
2  KATHERINE GODAR (SBN 343096)
   katherine.godar@whitecase.com
3  WHITE & CASE LLP
   555 S. Flower Street, Suite 2700
4  Los Angeles, CA  90071-2433
   Telephone:  (213) 620-7700
5  Facsimile:  (213) 452-2329

6  Attorneys for Defendant
   GERBER PRODUCTS COMPANY
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  TRACY HOWARD, ERI NOGUCHI, and        Case No. 3:22-CV-04779-VC
    SCOTT DIAS on behalf of themselves and
13  those similarly situated,             **DEFENDANT GERBER PRODUCTS
                                          COMPANY'S ANSWER AND
14              Plaintiffs,               AFFIRMATIVE DEFENSES TO
                                          PLAINTIFFS' FIRST AMENDED
15       v.                               CLASS ACTION COMPLAINT**

16  GERBER PRODUCTS COMPANY,              **DEMAND FOR JURY TRIAL**

17              Defendant.

18

19

20

21

22

23

24

25

26

27

28

1       Defendant Gerber Products Company ("Defendant" or "Gerber") hereby submits the

2 following Answer and Affirmative Defenses ("Answer") to the first amended class action

3 complaint ("FAC") of plaintiffs Tracy Howard, Eri Noguchi, and Scott Dias ("Plaintiffs").

4                                   **INTRODUCTION**

5       1.      Gerber admits Plaintiffs filed a putative class action and denies the remaining

6 allegations of this paragraph.

7       2.      Gerber lacks knowledge or information sufficient to form a belief as to the truth of

8 the allegations of this paragraph and therefore denies them.

9       3.      Gerber denies the allegations of this paragraph.  The allegations of this paragraph

10 also constitute conclusions of law to which no response is required and are therefore denied on that

11 basis.

12       4.      Gerber denies the allegations of this paragraph.

13                                       **PARTIES**

14       5.       Gerber lacks knowledge or information sufficient to form a belief as to the truth of

15 the allegations of this paragraph and therefore denies them.

16       6.      Gerber lacks knowledge or information sufficient to form a belief as to the truth of

17 the allegations of this paragraph and therefore denies them.

18       7.      Gerber lacks knowledge or information sufficient to form a belief as to the truth of

19 the allegations of this paragraph and therefore denies them.

20       8.      Gerber admits it is incorporated under the laws of Michigan and denies its principal

21 place of business is in Fremont, Michigan.

22                      **JURISDICTION AND VENUE**

23       9.      Gerber lacks knowledge or information sufficient to form a belief as to the truth of

24 the allegations of this paragraph and therefore denies them.  The allegations of this paragraph

25 constitute conclusions of law to which no response is required and therefore are denied on that

26 basis.

27       10.      Gerber lacks knowledge or information sufficient to form a belief as to the truth of

28 the allegations of this paragraph and therefore denies them.  The allegations of this paragraph

AMERICAS 125389260

1   constitute conclusions of law to which no response is required and therefore are denied on that

2   basis.

3         11.     Gerber lacks knowledge or information sufficient to form a belief as to the truth of

4   the allegations of this paragraph and therefore denies them.  The allegations of this paragraph

5   constitute conclusions of law to which no response is required and therefore are denied on that

6   basis.

7         12.     Gerber lacks knowledge or information sufficient to form a belief as to the truth of

8   the allegations of this paragraph and therefore denies them.  The allegations of this paragraph

9   constitute conclusions of law to which no response is required and therefore are denied on that

10  basis.

11        13.     Gerber lacks knowledge or information sufficient to form a belief as to the truth of

12  the allegations of this paragraph and therefore denies them.  The allegations of this paragraph

13  constitute conclusions of law to which no response is required and therefore are denied on that

14  basis.

15  **<u>SUBSTANTIVE ALLEGATIONS</u>**

16        14.     Gerber admits it manufactures and sells baby and toddler food products under the

17  brand name "Gerber."  Gerber admits Exhibit A to the FAC lists certain of its products.  Gerber

18  denies the remaining allegations to this paragraph.

19        15.     Gerber admits some of its products are intended for children under the age of two

20  and admits the packaging of some products identifies an age range indicating the product is suitable

21  for children between those ages.  Gerber admits it has provided information on its website

22  concerning suitable ages for consumption of various products.  Gerber lacks knowledge or

23  information sufficient to form a belief as to the truth of the remaining allegations of this paragraph

24  and therefore denies them.

25        16.     Gerber admits its products bear Gerber's logo, which speaks for itself.

26        17.     Gerber admits it sells some pouch products.  Gerber lacks knowledge or information

27  sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore

28  denies them.

18.     Gerber admits FDA regulations address certain nutrient content claims on foods intended for children under the age of two.  21 C.F.R. § 101.13 speaks for itself.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

19.     Gerber denies the allegations of this paragraph specific to Gerber.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

20.     Gerber admits it has sold pouch products with the word "Plant-tastic" on the packaging.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

21.     Gerber denies the allegations of this paragraph.  The allegations of this paragraph constitute conclusions of law to which no response is required and therefore are denied on that basis.

22.     21 C.F.R. § 101.13(b)(3) speaks for itself.  The allegations of this paragraph constitute conclusions of law to which no response is required and therefore are denied on that basis.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

23.     21 C.F.R. § 101.13(b)(1) and 21 C.F.R. § 101.13(b)(2) speak for themselves.  The allegations of this paragraph constitute conclusions of law to which no response is required and therefore are denied on that basis.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

24.     21 C.F.R. § 101.13(b)(1) speaks for itself.  The allegations of this paragraph constitute conclusions of law to which no response is required and therefore are denied on that basis.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

25.     21 C.F.R. § 101.13(b)(2) speaks for itself.  The allegations of this paragraph constitute conclusions of law to which no response is required and therefore are denied on that

AMERICAS 125389260

1   basis. Gerber lacks knowledge or information sufficient to form a belief as to the truth of the
2   remaining allegations of this paragraph and therefore denies them.

3       26.     The Food, Drug & Cosmetic Act and the Sherman Food, Drug & Cosmetic Law
4   speak for themselves. Gerber lacks knowledge or information sufficient to form a belief as to the
5   truth of the remaining allegations of this paragraph and therefore denies them. The allegations of
6   this paragraph constitute conclusions of law to which no response is required and therefore are
7   denied on that basis.

8       27.     *Plumley v. Massachusetts*, 155 U.S. 461, 472 (1894) and *Florida Lime & Avocado*
9   *Growers v. Paul*, 373 U.S. 132, 144 (1963), speak for themselves. Gerber lacks knowledge or
10  information sufficient to form a belief as to the truth of the remaining allegations of this paragraph
11  and therefore denies them. The allegations of this paragraph constitute conclusions of law to which
12  no response is required and therefore are denied on that basis.

13      28.     The sources cited in paragraph 28 of the FAC speak for themselves. Gerber lacks
14  knowledge or information sufficient to form a belief as to the truth of the remaining allegations of
15  this paragraph and therefore denies them. The allegations of this paragraph constitute conclusions
16  of law to which no response is required and therefore are denied on that basis.

17      29.     The FDCA speaks for itself. Gerber lacks knowledge or information sufficient to
18  form a belief as to the truth of the remaining allegations of this paragraph and therefore denies
19  them. The allegations of this paragraph constitute conclusions of law to which no response is
20  required and therefore are denied on that basis.

21      30.     California Health & Safety Code § 110660 speaks for itself. Gerber lacks
22  knowledge or information sufficient to form a belief as to the truth of the remaining allegations of
23  this paragraph and therefore denies them. The allegations of this paragraph constitute conclusions
24  of law to which no response is required and therefore are denied on that basis.

25      31.     Gerber lacks knowledge or information sufficient to form a belief as to the truth of
26  the allegations of this paragraph and therefore denies them. The allegations of this paragraph
27  constitute conclusions of law to which no response is required and therefore are denied on that
28  basis.

1      32.     Gerber denies the allegations of this paragraph.

2      33.     Regulations relating to nutrient content claims speak for themselves.  Gerber lacks

3    knowledge or information sufficient to form a belief as to the truth of the remaining allegations of

4    this paragraph and therefore denies them.  The allegations of this paragraph constitute conclusions

5    of law to which no response is required and therefore are denied on that basis.

6      34.     Gerber denies the allegations of this paragraph.

7      35.     Gerber admits some products are suitable for children starting at 6 months of age.

8    Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining

9    allegations of this paragraph and therefore denies them.

10     36.     Gerber admits it sells baby food products.  Gerber denies the remaining allegations

11   of this paragraph.

12     37.     Gerber denies the allegations of this paragraph.

13     38.     Gerber admits it has sold a product bearing a "2g of Protein" claim.  Gerber denies

14   the remaining allegations of this paragraph.   The allegations of this paragraph constitute

15   conclusions of law to which no response is required and therefore are denied on that basis.  21

16   C.F.R. § 101.13(c) and 21 C.F.R. § 101.13(b)(1) speak for themselves.

17     39.     Gerber admits it has sold some pouches bearing the claim "Nutritious, plant-based,

18   and specially designed to provide 2 grams of protein with the taste toddlers will love."  Gerber

19   denies the remaining allegations of this paragraph.  The allegations of this paragraph constitute

20   conclusions of law to which no response is required and therefore are denied on that basis.  The

21   sources cited in paragraph 39 of the FAC speak for themselves.

22     40.     Gerber admits it has sold some products bearing the claims "1½ servings of fruit"

23   or "2 servings of superfoods."  Gerber denies the remaining allegations of this paragraph.  The

24   allegations of this paragraph constitute conclusions of law to which no response is required and

25   therefore are denied on that basis.

26     41.     Gerber denies the allegations of this paragraph specific to Gerber.  The allegations

27   of this paragraph constitute conclusions of law to which no response is required and therefore are

28   denied on that basis.  21 C.F.R. § 101.13(b)(3) speaks for itself.

- 5 -

1       42.     Gerber denies the allegations of this paragraph.

2       43.     Gerber lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.  The allegations of this paragraph constitute conclusions of law to which no response is required and therefore are denied on that basis.

44.     Gerber denies the allegations of this paragraph.  The allegations of this paragraph constitute conclusions of law to which no response is required and therefore are denied on that basis.

45.     56 Fed. Reg. 60421, 60426 speaks for itself.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.  The allegations of this paragraph constitute conclusions of law to which no response is required and therefore are denied on that basis.

46.     56 Fed. Reg. 60421, 60426 speaks for itself.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.  The allegations of this paragraph constitute conclusions of law to which no response is required and therefore are denied on that basis.

47.     56 Fed. Reg. 60421 speaks for itself.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.  The allegations of this paragraph constitute conclusions of law to which no response is required and therefore are denied on that basis.

48.     The sources cited in paragraph 48 of the FAC speak for themselves.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.  The allegations of this paragraph constitute conclusions of law to which no response is required and therefore are denied on that basis.

49.     The sources cited in paragraph 49 of the FAC speak for themselves.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.  The allegations of this paragraph constitute conclusions of law to which no response is required and therefore are denied on that basis.

50.     The source cited in paragraph 50 of the FAC speaks for itself.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.  The allegations of this paragraph constitute conclusions of law to which no response is required and therefore are denied on that basis.

51.     The source cited in paragraph 51 of the FAC speaks for itself.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

52.     USDA's Dietary Guidelines speaks for itself.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

53.     USDA's Dietary Guidelines speaks for itself.  Gerber denies any products have "high amounts of added sugar."  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

54.     The cited source speaks for itself.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

55.     Gerber admits it has sold pouch products with the ingredients listed on such labels.  Gerber denies the remaining allegations of this paragraph.

56.     Gerber admits it has sold pouch products with the ingredients listed on such labels.  Gerber denies the remaining allegations of this paragraph.

57.     Gerber admits it has sold pouch products with the ingredients listed on such labels.  Gerber denies the remaining allegations of this paragraph.

58.      Gerber admits it has sold pouch products with the ingredients listed on such labels.  Gerber denies the remaining allegations of this paragraph.

59.     Gerber admits it has sold pouch products with the ingredients listed on such labels.  Gerber denies the remaining allegations of this paragraph.

60.     Gerber admits it has sold pouch products with the ingredients listed on such labels.  Gerber denies the remaining allegations of this paragraph.

1   61.   Gerber admits it has sold pouch products with the ingredients listed on such labels.

2   Gerber denies the remaining allegations of this paragraph.

3   62.   Gerber admits it has sold pouch products with the ingredients listed on such labels.

4   Gerber denies the remaining allegations of this paragraph.

5   63.   Gerber admits it has sold pouch products with the ingredients listed on such labels.

6   Gerber denies the remaining allegations of this paragraph.

7   64.   Gerber admits it has sold pouch products with the ingredients listed on such labels.

8   Gerber denies the remaining allegations of this paragraph.

9   65.   Gerber denies the allegations of this paragraph.

10   66.   Gerber denies the allegations of this paragraph.

11   67.   Gerber denies the allegations of this paragraph.

12   68.   Gerber denies the allegations of this paragraph.

13   69.   Gerber denies the allegations of this paragraph.

14   70.   Gerber denies the allegations of this paragraph.

15   71.   Gerber denies the allegations of this paragraph.

16   72.   Gerber denies the allegations of this paragraph.

17   73.   Gerber denies the allegations of this paragraph.

18   **PLAINTIFFS' EXPERIENCES**

19   **Plaintiff Tracy Howard**

20   [sic] Gerber lacks knowledge or information sufficient to form a belief as to the truth of the

21   allegations of this paragraph and therefore denies them.

22   74.   Gerber lacks knowledge or information sufficient to form a belief as to the truth of

23   the allegations of this paragraph and therefore denies them.

24   75.   Gerber lacks knowledge or information sufficient to form a belief as to the truth of

25   the allegations of this paragraph and therefore denies them.

26   76.   Gerber denies the allegations of this paragraph specific to Gerber.  Gerber lacks

27   knowledge or information sufficient to form a belief as to the truth of the remaining allegations of

28   this paragraph and therefore denies them.

77.     Gerber denies the allegations of this paragraph specific to Gerber.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

78.     Gerber denies the allegations of this paragraph specific to Gerber.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

79.     Gerber denies the allegations of this paragraph specific to Gerber.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

**Plaintiff Eri Noguchi**

75 [sic] Gerber lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

80.     Gerber lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

81.     Gerber lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

82.     Gerber denies the allegations of this paragraph specific to Gerber.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

83.     Gerber denies the allegations of this paragraph specific to Gerber.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

84.     Gerber denies the allegations of this paragraph specific to Gerber.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

85.     Gerber denies the allegations of this paragraph specific to Gerber.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

**Plaintiff Scott Dias**

76 [sic] Gerber lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

86.     Gerber lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

87.     Gerber lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

88.     Gerber denies the allegations of this paragraph specific to Gerber.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

89.     Gerber denies the allegations of this paragraph specific to Gerber.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

90.     Gerber denies the allegations of this paragraph specific to Gerber.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

91.     Gerber denies the allegations of this paragraph specific to Gerber.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and therefore denies them.

## CLASS ALLEGATIONS

92.     No response is required to the allegations of this paragraph.  To the extent a response is required, Gerber lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

93.     Gerber denies the allegations of this paragraph.

94.     Gerber denies the allegations of this paragraph.

95.     Gerber denies the allegations of this paragraph.

96.     Gerber denies the allegations of this paragraph.

97.     Gerber denies the allegations of this paragraph.

- 10 -

98.     Gerber denies the allegations of this paragraph.

99.     No response is required to the allegations of this paragraph.  To the extent a response is required, Gerber lacks information and knowledge sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies them.

**CAUSES OF ACTION**

**PLAINTIFFS' FIRST CAUSE OF ACTION**
**Consumers Legal Remedies Act ("CLRA")**
**California Civil Code § 1750,** *et seq.*
**(On Behalf of Themselves and the Subclass)**

100.    Gerber hereby incorporates by reference its answers to the preceding paragraphs as if set forth fully herein.

101.    California Civil Code § 1761(d) speaks for itself.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.  Allegations of this paragraph constitute conclusions of law to which no response is required and are also therefore denied on that basis.

102.    California Civil Code § 1761(a) speaks for itself.  Gerber lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.  Allegations of this paragraph constitute conclusions of law to which no response is required and are also therefore denied on that basis.

103.    Gerber denies the allegations of this paragraph.  Allegations of this paragraph also constitute conclusions of law to which no response is required and are also therefore denied on that basis.

104.    Gerber denies the allegations of this paragraph.  Allegations of this paragraph also constitute conclusions of law to which no response is required and are also therefore denied on that basis.

105.    Gerber denies the allegations of this paragraph.  Allegations of this paragraph also constitute conclusions of law to which no response is required and are also therefore denied on that basis.

1    106.    Gerber lacks knowledge or information sufficient to form a belief as to the truth of

2    the allegations, and therefore denies them.  Allegations of this paragraph also constitute conclusions

3    of law to which no response is required and are also therefore denied on that basis.

4    107.    No response is required to the allegation of this paragraph.  To the extent a response

5    is required, Gerber lacks information and knowledge sufficient to form a belief as to the truth of

6    the allegations of this paragraph and therefore denies them.

7                    **PLAINTIFFS' SECOND CAUSE OF ACTION**
                         **False Advertising Law ("FAL")**
8                   **Business and Professions Code § 17500,** *et seq.*
                    **(On Behalf of Themselves and the Subclass)**
9

10    108.    Gerber hereby incorporates by reference its answers to the preceding paragraphs as

11    if set forth fully herein.

12    109.    Gerber denies the allegations of this paragraph.

13    110.    Gerber denies the allegations of this paragraph.

14    111.    Gerber denies the allegations of this paragraph.

15    112.    Gerber denies the allegations of this paragraph.

16    113.    Gerber denies the allegations of this paragraph.

17    114.    Gerber denies the allegations of this paragraph.

18    115.    Gerber denies the allegations of this paragraph.

19    116.    Gerber lacks knowledge or information sufficient to form a belief as to the truth of

20    the allegations, and therefore denies them.

21    117.    Gerber lacks knowledge or information sufficient to form a belief as to the truth of

22    the allegations, and therefore denies them.

23    118.    Gerber lacks knowledge or information sufficient to form a belief as to the truth of

24    the allegations, and therefore denies them.  Allegations of this paragraph also constitute conclusions

25    of law to which no response is required and are also therefore denied on that basis.

26

27

28

GERBER'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT
CASE NO: 3:22-cv-04779-VC

**PLAINTIFFS' THIRD CAUSE OF ACTION**
**Common Law Fraud, Deceit and/or Misrepresentation**
**(On Behalf of Themselves and the Subclass)**

119.    Gerber hereby incorporates by reference its answers to the preceding paragraphs as if set forth fully herein.

120.    Gerber denies the allegations of this paragraph.

121.    Gerber denies the allegations of this paragraph.

122.    Gerber denies the allegations of this paragraph.

123.    Gerber denies the allegations of this paragraph.

124.    Gerber denies the allegations of this paragraph.

125.    Gerber denies the allegations of this paragraph.

126.    Gerber denies the allegations of this paragraph.

**PLAINTIFFS' FOURTH CAUSE OF ACTION**
**Business and Professions Code § 17200, *et seq*. ("UCL")**
**(On Behalf of Themselves, the Class, and the Subclass)**

127.    Gerber hereby incorporates by reference its answers to the preceding paragraphs as if set forth fully herein.

128.    Gerber denies the allegations of this paragraph.

129.    Gerber denies the allegations of this paragraph.

130.    Gerber denies the allegations of this paragraph.

131.    Gerber denies the allegations of this paragraph.

132.    Gerber denies the allegations of this paragraph.

133.    Gerber denies the allegations of this paragraph.

134.    Gerber denies the allegations of this paragraph.

135.    Gerber denies the allegations of this paragraph.

136.    Gerber denies the allegations of this paragraph.

137.    Gerber denies the allegations of this paragraph.

138.    Gerber lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Allegations of this paragraph also constitute conclusions of law to which no response is required and are also therefore denied on that basis.

1    139.    Gerber lacks knowledge or information sufficient to form a belief as to the truth of

2    the allegations, and therefore denies them.  Allegations of this paragraph also constitute conclusions

3    of law to which no response is required and are also therefore denied on that basis.

4    140.    No response is required to the allegation of this paragraph.  To the extent a response

5    is required, Gerber lacks information and knowledge sufficient to form a belief as to the truth of

6    the allegations of this paragraph and therefore denies them.

7    141.    Allegations of this paragraph constitute conclusions of law to which no response is

8    required and are also therefore denied on that basis.  To the extent a response is required, Gerber

9    lacks information and knowledge sufficient to form a belief as to the truth of the allegations of this

10   paragraph and therefore denies them.

## PLAINTIFFS' FIFTH CAUSE OF ACTION
### Unjust Enrichment
### (On Behalf of Themselves and the Class)

142.    Gerber hereby incorporates by reference its answers to the preceding paragraphs as
if set forth fully herein.

143.    Gerber lacks information and knowledge sufficient to form a belief as to the truth of
the allegations of this paragraph and therefore denies them.

144.    Gerber denies the allegations of this paragraph.

145.    Gerber denies the allegations of this paragraph.  Allegations of this paragraph also
constitute conclusions of law to which no response is required and are also therefore denied on that
basis.

146.    Gerber lacks knowledge or information sufficient to form a belief as to the truth of
the allegations, and therefore denies them.

## PRAYER FOR RELIEF

Gerber denies Plaintiffs are entitled to any relief, and specifically denies all allegations and
prayers for relief requested in the FAC.

AMERICAS 125389260

GERBER'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT
CASE NO: 3:22-cv-04779-VC

**DEFENDANT'S AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

The FAC fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

**(Lack of Standing)**

Plaintiffs and the putative class members lack standing under Article III of the Constitution of the United States and analogous provisions of the California Constitution.

**THIRD AFFIRMATIVE DEFENSE**

**(Lack of Standing)**

Plaintiffs and the putative class members lack standing to assert claims for alleged violations of state consumer protection laws because (a) there is no reliance on an alleged misrepresentation or omission leading to a product purchase and subsequent loss, (b) there is no causal link between the alleged misrepresentation or omission and a resulting loss, and (c) the information allegedly concealed is not the type of information requiring disclosure under applicable consumer protection laws.

**FOURTH AFFIRMATIVE DEFENSE**

**(Preemption)**

Plaintiffs' claims, and those of the putative class, are preempted, in whole or in part, by federal law.

**FIFTH AFFIRMATIVE DEFENSE**

**(Primary Jurisdiction)**

Plaintiffs' claims, and those of the putative class, are barred by the doctrine of primary jurisdiction.

**SIXTH AFFIRMATIVE DEFENSE**

**(Commercial Speech)**

Plaintiffs' claims, and those of the putative class, are barred by the First Amendment to the Constitution of the United States and/or by the free speech provisions of the California Constitution.

- 15 -

AMERICAS 125389260

1

**SEVENTH AFFIRMATIVE DEFENSE**

2

**(No Punitive Damages)**

3

Plaintiffs' claim for damages, including but not limited to punitive damages, is

4

unconstitutional both facially and as applied to Gerber pursuant to the First, Fifth, Sixth, Eighth

5

and Fourteenth Amendments to the Constitution of the United States, and analogous provisions of

6

the California Constitution.

7

**EIGHTH AFFIRMATIVE DEFENSE**

8

**(Laches)**

9

Plaintiffs did not file their claims, and those of the putative class, within a reasonable time

10

after discovery, and, therefore, the doctrine of laches bars those claims.

11

**NINTH AFFIRMATIVE DEFENSE**

12

**(Statute of Limitation)**

13

Plaintiffs' claims, and those of the putative class, are barred by applicable statutes of

14

limitation and statutes of repose, including Cal. Bus. & Prof. Code § 17208, Cal. Civ. Code §

15

338(a), and Cal. Civ. Code § 1783.

16

**TENTH AFFIRMATIVE DEFENSE**

17

**(No Extraterritorial Application of California Law)**

18

Extraterritorial application of California law to the alleged class is improper.

19

20

Dated:  October 27, 2023                     WHITE & CASE LLP

21

By:___*/s/ Bryan A. Merryman*_____

22

Bryan A. Merryman

23

Attorneys for Defendant
GERBER PRODUCTS COMPANY

24

25

26

27

28

- 16 -

1

## **DEMAND FOR JURY TRIAL**

2

Gerber hereby demands a jury trial on all issues so triable.

3

Dated:  October 27, 2023

4

WHITE & CASE LLP

5

By:      */s/ Bryan A. Merryman*

6

Bryan A. Merryman

7

Attorneys for Defendant
GERBER PRODUCTS COMPANY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

1

**CERTIFICATE OF SERVICE**

2
       I hereby certify that a true and correct copy of the foregoing document was filed in the

3
Court's CM/ECF System this 27th day of October 2023, and thereby served on all counsel of

4
record.

5

6
                                By:     */s/ Bryan A. Merryman*

7
                                          Bryan A. Merryman

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

CERTIFICATE OF SERVICE
CASE NO: 3:22-cv-04779-VC